UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO PAUL OU-YOUNG, <br><br> Plaintiff, <br><br> v. <br><br> ALAMEDA COUNTY SHERIFF'S OFFICE, et al., <br><br> Defendants. | Case No. 24-mc-80045-JD <br><br> **ORDER RE PRE-FILING SCREENING** |

Pro se plaintiff Kuang-Bao Paul Ou-Young filed a complaint in Alameda Superior Court alleging civil rights claims against a host of federal and state judges, court clerks and other government officials, and others. Dkt. No. 1-1. Defendant Merrick Garland, the Attorney General of the United States, removed the action to this Court pursuant to 28 U.S.C. § 1442(a)(1). Dkt. No. 1. The government advised that Ou-Young is the subject of a pre-filing screening order, Dkt. No. 2, and the question of maintaining the case was referred to the Court as the current Duty Judge.

Ou-Young is subject to two pre-trial filing orders. The second and pertinent one here applies to cases brought by Ou-Young against federal judges, whether filed here originally or removed from state court. *See Ou-Young v. Stone*, No. 19-cv-07000-BLF, 2019 WL 6619879 at *9 (N.D. Cal. Dec. 5, 2019). The pending complaint names as a defendant a federal judge in this District, and so is subject to screening.

The complaint is dismissed without leave to amend. To the extent the allegations are intelligible, they are frivolous and vexatious for the reasons discussed in the pre-filing order.

Separate and apart from that, the allegations against all of the state and federal judges involve judicial conduct that is immune from liability. The Clerk is requested to the close the case. No further filings will be accepted in this matter.

**IT IS SO ORDERED.**

Dated: February 29, 2024

JAMES DONATO
United States District Judge